**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

LISSA SNYDER                                                                 **PLAINTIFF**

VS.                              Civil Action No. 3:08cv34 HTW-LRA

ASBURY MS WIMBER, LLC D/B/A GRAY-DANIELS
AUTO WORLD; FORD MOTOR COMPANY;
AND ALLSTATE INSURANCE COMPANY                      **DEFENDANTS**

## ORDER DENYING REMAND

Before the court is the motion of the plaintiff seeking to remand this case to the Circuit Court for the First Judicial District of Hinds County, Mississippi [**Docket No. 7**], and, inasmuch as the plaintiff has settled this case with the non-diverse defendant Asbury MS Wimber, LLC d/b/a Gray-Daniels Auto World and with one diverse defendant Ford Motor Company, and the plaintiff's complaint against these defendants having been fully and finally dismissed, and inasmuch as complete diversity now is present between the plaintiff and defendant Allstate Insurance Company, the motion to remand this case is hereby denied.

**SO ORDERED** this the 5th day of April, 2010.

                                                 **s/ HENRY T. WINGATE**

                                                 _____
                                                 **CHIEF JUDGE**
                                                 **UNITED STATES DISTRICT COURT**